1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| FLEMING SMITH,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>J. CLARK KELSO, Receiver; DONALD SPECTOR, Prison Law Office; MICHAEL BEIN; C.D.C.R.,<br><br>　　　　　Defendants.<br>_____ | No. C 13-3739 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983.  The complaint in this action makes the same claims against the same defendants as the in forma pauperis complaint filed in Plaintiff's earlier case, *Smith v. Kelso, et al.*, No. 13-3738 JSW (PR).  An in forma pauperis complaint, such as the complaint filed herein, that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of section 1915(e).  *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995).  Such a complaint is subject to dismissal as duplicative.  *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988).  There is no need for Plaintiff to have two separate cases to address his claims.  The Court has granted Plaintiff leave to amend his complaint in his earlier case, and Plaintiff should include all of his claims against Defendants in the amended complaint he files in that case.

Accordingly, this action is DISMISSED.  The Clerk shall close the file and enter judgment in Defendants' favor.

IT IS SO ORDERED.

DATED:  October 3, 2013

_____
JEFFREY S. WHITE
United States District Judge

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    FLEMING SMITH,                           Case Number: CV13-03739 JSW

7            Plaintiff,                       **CERTIFICATE OF SERVICE**

8        v.

9    KELSO et al,

10           Defendant.
     —————————————————————/

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

13   That on October 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
     receptacle located in the Clerk's office.

15

16

17   Fleming Smith
     North County Detention Facility
18   P21021
     2254 Ordinance Road
19   Santa Rosa, CA 95403

20   Dated: October 3, 2013

                                              *Jennifer Ottolini*
21                                            Richard W. Wieking, Clerk
                                              By: Jennifer Ottolini, Deputy Clerk
22

23

24

25

26

27

28