IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEMING SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CLARK KELSO, Receiver; DONALD SPECTOR, Prison Law Office; MICHAEL BEIN; C.D.C.R.,<br><br>    Defendants. | No. C 13-3739 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

       Plaintiff, a California prisoner, has filed this pro se civil rights complaint under 42 U.S.C. § 1983. The complaint in this action makes the same claims against the same defendants as the in forma pauperis complaint filed in Plaintiff's earlier case, *Smith v. Kelso, et al.*, No. 13-3738 JSW (PR). An in forma pauperis complaint, such as the complaint filed herein, that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of section 1915(e). *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). Such a complaint is subject to dismissal as duplicative. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988). There is no need for Plaintiff to have two separate cases to address his claims. The Court has granted Plaintiff leave to amend his complaint in his earlier case, and Plaintiff should include all of his claims against Defendants in the amended complaint he files in that case.

Accordingly, this action is DISMISSED. The Clerk shall close the file and enter judgment in Defendants' favor.

IT IS SO ORDERED.

DATED: October 3, 2013

_____
JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FLEMING SMITH,

        Plaintiff,

  v.

KELSO et al,

        Defendant.

                                  /

Case Number: CV13-03739 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fleming Smith
North County Detention Facility
P21021
2254 Ordinance Road
Santa Rosa, CA 95403

Dated: October 3, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk